JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA SENECA HOLT, individually, and as guardian ad litem for minor child L.H., JACOB HOLT and BEATRIZ LUKENS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE, JUSTIN MATHIESON, JOSE TORRES, JOSE SALINAS, SCOTT FERRARO and DOES 1 through 10, Inclusive<br><br>　　　　　Defendants. | Case No.: 8:20-cv-01416 JVS (DFM)<br><br>**Judgment DISMISSING ALL CLAIMS BY PLAINTIFFS L.H. AND JACOB HOLT WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(A)(ii)]<br><br>*[Stipulation submitted concurrently herewith]*<br><br>**Matter For Determination Before The Honorable James V. Selna** |

## Judgment

Pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. All claims by Plaintiffs L.H. and Jacob Holt are hereby dismissed in their entirety, without prejudice, as to all past and current Defendants, as well as Defendants' past, present and future employers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated;

2. All matters now pending before the Court are moot, including Defendants' Motion for Summary Judgment (Dkt. 51).

Dated: July 26, 2022

_____
HONORABLE JAMES V. SELNA